IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-27-D

| | | |
|---|---|---|
| MARK M. OXFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE LINC GROUP, INC., | ) | |
| OPERATIONAL AND SUPPORT | ) | |
| SERVICES, REEP INC., and | ) | |
| LINC GOVERNMENT SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

On September 2, 2010, Mark M. Oxford filed a motion to preserve issues for appeal [D.E. 45]. On September 8, 2010, REEP, Inc. d/b/a Operational Support & Services ("OSS") and d/b/a Linc Government Services ("LGS") responded in opposition [D.E. 47]. Oxford's motion [D.E. 45] lacks merit and is DENIED.

SO ORDERED. This 8 day of September 2010.

JAMES C. DEVER III
United States District Judge